Submitted on record and briefs September 22,
affirmed October 20, 1975

STATE OF OREGON, *Respondent, v.* CHARLES
LINDBERGH HAMILTON (No. C-6033),
*Appellant.*
541 P2d 148

C. L. Hamilton, Portland, filed the brief for appellant, pro se.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

Upon trial without intervention of a jury defendant was convicted of menacing, ORS 163.190, and placed on probation. Having discharged his appointed counsel, he appears pro se. None of his assignments of error warrants discussion.

Affirmed.